IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL LINDSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | WMN |
| v. ) | Civil Action No. 02-CV-157 |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER FOR EXTENSION OF TIME
TO FILE ANSWER OR RESPONSIVE PLEADINGS**

WHEREAS, the Defendant, The Prudential Insurance Company of America ("Prudential"), filed a Notice of Removal in this action on January 15, 2002, and counsel for the Defendant has requested additional time to review the file and consult with its client; and

WHEREAS, counsel for the Plaintiff has indicated his consent to this request;

NOW, THEREFORE, it is this 22nd day of January, 2002:

ORDERED that the Defendant's deadline to file an answer or other responsive pleading to the Plaintiff's Complaint shall be extended until February 11, 2002.

_____
UNITED STATES DISTRICT JUDGE

For the Defendant:

_____
Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209

For the Plaintiff:

_____
Eugene I. Glazer, Esq. /SC w/ permission
EUGENE I. GLAZER, P.C.
1 Pomona North, Suite 108
1700 Reisterstown Road
Baltimore, Maryland  21208

**COPIES TO BE SENT TO:**

Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209

Eugene I. Glazer, Esq.
EUGENE I. GLAZER, P.C.
1 Pomona North, Suite 108
1700 Reisterstown Road
Baltimore, Maryland  21208