IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL LINDSAY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 02-CV-157 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

**CONSENT ORDER**
(Closing Case Administratively)

WHEREAS, the parties hereto, Michael Lindsay, plaintiff, and The Prudential Insurance Company of America, defendant, are in full agreement, as evidenced by the signatures of their respective counsel below, that this case should be closed administratively and taken off the Court's active docket in order to allow the plaintiff to exhaust his remaining administrative remedies with the employee welfare benefit plan in question, which consists of a three-tiered appeal process;

IT IS THEREFORE, this 12th day of February, 2002:

ORDERED that the above-captioned case be and hereby is CLOSED ADMINISTRATIVELY to allow exhaustion of said administrative remedies, subject to the right of either party to re-open this case upon appropriate motion.

_____
UNITED STATES DISTRICT JUDGE

For the Defendant:

*[signature]*

Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209


For the Plaintiff:

*[signature]*

Eugene I. Glazer, Esq.
EUGENE I. GLAZER, P.C.
1 Pomona North, Suite 108
1700 Reisterstown Road
Baltimore, Maryland 21208


## COPIES TO BE SENT TO:

Michael J. McManus, Esq.
Brian A. Coleman, Esq.
DRINKER BIDDLE & REATH LLP
Suite 1100
1500 K Street, N.W.
Washington, D.C. 20005-1209

Eugene I. Glazer, Esq.
EUGENE I. GLAZER, P.C.
1 Pomona North, Suite 108
1700 Reisterstown Road
Baltimore, Maryland 21208